UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

G.S. CARPENTRY, INC.                    :
                    Plaintiff,          :
                                        :
            v.                          :       No. 5:23-cv-0972
                                        :
MARKEL CORPORATION;                     :
EVANSTON INSURANCE COMPANY;   :
ESSEX INSURANCE COMPANY; and   :
MARKEL SERVICES INCORPORATION;:
                    Defendants.         :

_____

**O R D E R**

**AND NOW**, this 31ˢᵗ day of July, 2023, for the reasons set forth in the Opinion issued

this date, **IT IS ORDERED THAT**:

1.      The Motion to Dismiss, ECF No. 10, is **GRANTED**.

2.      All claims against Defendant Markel Service, Incorporated (erroneously

identified as "Markel Services Incorporation") are **DISMISSED with prejudice**.

3.      The Clerk of Court shall **TERMINATE** Defendant Markel Services

Incorporation, only, as a party to this action.


                              BY THE COURT:


                              */s/ Joseph F. Leeson, Jr.*_____
                              JOSEPH F. LEESON, JR.
                              United States District Judge